BEFORE THE FIRST DIVISION, JUNE 4, 1942

No. 47266.—Protests 974716–G, etc., of Pacific Customs Brokerage Co. (Portland, Maine).

Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protests were therefore sustained to that extent.

No. 47267.—Protests 977624–G, etc., of Pacific Customs Brokerage Co. (Portland, Maine).

Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protests were therefore sustained to that extent.

BEFORE THE THIRD DIVISION, JUNE 4, 1942

No. 47268.—Protests 32104–K, etc., of C. M. Wray et al. (New York).

Opinion of EKWALL, J. In accordance with stipulation of counsel and following *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441) the merchandise in question was held not subject to countervailing duty.

No. 47269.—Petition 6279–R of Edward Bennéche, Inc. (New York).

Opinion by EKWALL, J. The president of the importing corporation testified that he has been importing chutney for a number of years and that this is the first time there has been any question as to the value of his merchandise. From his testimony it was apparent that the entry of the merchandise at a price less than that found on final appraisement was without intent to defraud the revenue or conceal or misrepresent the facts or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.

BEFORE THE FIRST DIVISION, JUNE 5, 1942

No. 47270.—Protests 849399–G, etc., of John Alban & Co., Inc., et al. (New York).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.